AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No.   13-268 (JMF) |
| BRYAN ZURIFF | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRYAN ZURIFF

Date: 04/19/2013

*Attorney's signature*

PAUL HUGEL (PH4749)
*Printed name and bar number*

CLAYMAN & ROSENBERG LLP
305 MADISON AVE - STE 1301
NEW YORK NY 10165

*Address*

hugel@clayro.com
*E-mail address*

(212) 922-1080
*Telephone number*

(212) 949-8255
*FAX number*