AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    13-268 (JMF) |
| BRYAN ZURIFF | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRYAN ZURIFF

Date:      04/19/2013

/s/
*Attorney's signature*

ISABELLE KIRSHNER (IK 7133)
*Printed name and bar number*

CLAYMAN & ROSENBERG LLP
305 MADISON AVE - STE 1301
NEW YORK NY 10165

*Address*

kirshner@clayro.com
*E-mail address*

(212) 922-1080
*Telephone number*

(212) 949-8255
*FAX number*