```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 22, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

v.                                                                           13 Cr. 268 (JMF)

ALIMZHAN TOKHTAKHOUNOV et al.,                    SCHEDULING ORDER

Defendants.

------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed at the pretrial conference held on April 19, 2013, the following schedule will govern the conduct of proceedings in this case:

1. The Government shall produce all Rule 16 material currently in its possession, except for computer hard drives, no later than **May 20, 2013** (and earlier if possible). The Government shall produce all computer hard drives no later than **June 19, 2013**.

2. All defense motions (except for severance motions based solely on the number of defendants, which shall be deferred until closer to trial) shall be filed no later than **December 2, 2013**. The Government's opposition, if any, is due no later than **December 16, 2013**. Any reply is due one week thereafter. December 2, 2013, is merely an outside deadline; should counsel wish to bring an earlier motion, he or she should submit a letter to the Court with a proposed briefing schedule.

3. The Court will hold a pretrial conference on **March 13, 2014**, at **3 p.m.**

4. Trial will begin on **June 9, 2014**. This is **FIRM** date.

Counsel should familiarize themselves with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman. Unless otherwise noted on the docket, all proceedings will take place in **Courtroom 1105** in the **Thurgood Marshall Courthouse, 40 Centre Street, New York, NY 10007**.

SO ORDERED.

Dated: April 22, 2013
      New York, New York

_____
JESSE M. FURMAN
United States District Judge