*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 26, 2013
```

BY E-MAIL

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York  10007

      Re:    United States v. Alimzhan Tokhtakhounov et al.,
                13 Cr. 268 (JMF)

Dear Judge Furman:

      The Government writes regarding the bail conditions for defendant Bryan Zuriff. At the defendant's April 16, 2013 presentment in the Central District of California, the Court set bail conditions that included the following:

- a $300,000 appearance bond, secured by property;
- travel restricted to the Central District of California and the Southern District of New York;
- the defendant to surrender all travel documents and make no new applications; and
- the defendant to maintain or actively seek employment and provide proof to Pre-Trial Services.

      As directed by the Court at the April 19, 2013 arraignment and initial conference, the Government has conferred with the defendant's counsel regarding an appropriate bail package for this District.  The parties jointly propose the following bail conditions for the Court's consideration:

- a $1,000,000 personal recognizance bond, secured by his California home and co-signed by two financially responsible persons, with the security and co-signer conditions to be met by May 9, 2013;
- travel restricted to the Southern and Eastern Districts of New York and the Central, Southern, Northern, and Eastern Districts of California, and all points in between for the purpose of travel, and travel within the continental United States for work with the prior approval of Pre-Trial Services and the Government;
- regular Pre-Trial supervision;

- the defendant to surrender all travel documents and make no new applications;
- the defendant to maintain or actively seek employment and provide proof to Pre-Trial Services; and
- the defendant to have no contact with victims, witnesses, or co-defendants (except in the presence of counsel).

The Government is of course available for a conference regarding this matter.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney

By: _____
     Joshua A. Naftalis / Harris M. Fischman
     Assistant United States Attorneys
     (212) 637-2310 / 2305

cc:   Charles E. Clayman, Esq.

SO ORDERED:

_____
The Honorable Jesse M. Furman
United States District Court
    April 26, 2013