

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2013
```

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Paul S. Hugel
Partner
hugel@clayro.com

May 10, 2013

<u>BY EMAIL</u>
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Re:   United States v. Alimzhan Tokhtakhounov et al.,
      13 Cr. 268 (JMF)

Dear Judge Furman:

    We represent defendant Bryan Zuriff in the above-referenced matter. I write with the consent of the Government to request that the Court exonerate Mr. Zuriff's appearance bond in the Central District of California, which has now been superseded by the bond set by this Court.

    Mr. Zuriff was arrested on this case in California and was originally presented before a magistrate in the Central District of California (U.S. v. Zuriff 13-mj-1098). On April 16, 2013, a Magistrate Judge in that court released Mr. Zuriff on an appearance bond of $300,000 secured by a lien on his home.

    On April 26, 2013, after Mr. Zuriff appeared in New York for his arraignment, this Court set an appearance bond of $1 million, also secured by a lien on Mr. Zuriff's home. The terms of the bond were satisfied on April 30, 2013.

    The California case is now closed and Mr. Zuriff's bail for this matter is secured by the bond set by this Court. I have been advised by the court clerk in California that before releasing the security for the California bond, they require an order from this Court exonerating the bond set in California and directing the

The Honorable Jesse M. Furman
May 10, 2013
Page 2

return of the security.  Accordingly, we ask that the Court enter an order exonerating Mr. Zuriff's bond set by the Central District of California on April 16, 2013, and directing that the property held by that court (i.e. the $300,000 lien on his home) be re-conveyed to Mr. Zuriff.

The Government has informed us that it has no objection to this request.

Very truly yours,

Paul Hugel

cc:   AUSA Joshua A. Naftalis (via email)
      AUSA Harris M. Fischman (via email)

SO ORDERED:

_____
Hon. Jesse M. Furman
United States District Court
May __13__, 2013