**Clayman & Rosenberg** LLP

SO ORDERED.

*/s/ Jesse M. Furman*
Jesse M. Furman
United States District Judge
July 2, 2013

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255
www.clayro.com

Isabelle A. Kirshner
Partner
kirshner@clayro.com

July 1, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2013
```

Hon. Jesse Furman
United States Courthouse
40 Centre Street – Rm. 2202
New York, NY 10007
BY EMAIL

Re: United States v. Bryan Zuriff
13 Crim. 268 (JMF)

Dear Judge Furman:

We are the attorneys for Bryan Zuriff, the above named defendant. Mr. Zuriff was arrested on April 16, 2013 and on April 30, 2013, your honor entered an order regarding Mr. Zuriff's bail conditions. Among those conditions are restrictions limiting Mr. Zuriff's travel to various districts in California and New York.

I am writing to request that Mr. Zuriff be permitted to travel to N. Spectacle Lake in Connecticut on July 20, 2013 to pick up his daughter from summer camp. He intends to travel to New York City on or about July 18, 2013, go to Connecticut on July 20, 2013, and return to Manhattan that same day.

We have consulted with the prosecutors assigned to this matter regarding this request and they have no objection to it.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Isabelle A. Kirshner*
ISABELLE A. KIRSHNER

cc: AUSA Joshua Naftalis (By email)
AUSA Harris Fischman (By email)