```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -- - - - - - x

UNITED STATES OF AMERICA           :
                                              NOTICE OF APPEARANCE
       -v.-                        :          AND REQUEST FOR
                                              ELECTRONIC NOTIFICATION
ALIMZHAN TOKHTAKHOUNOV,             :
   a/k/a "Taiwanchik,"                        13 Cr. 268 (JMF)
   a/k/a "Alik," et al.,            :

           Defendants.              :
- - - - - - - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney for the
                Southern District of New York

by: S/_____
    Kristy J. Greenberg
    Assistant United States Attorney
    (212) 637-2469
    kristy.greenberg@usdoj.gov