UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :

UNITED STATES OF AMERICA                 :
                                                      :

v.                                                        :            13 Cr. 268 (JMF)
                                                        :

ALIMZHAN TOKHTAKHOUNOV et al.,       :            ORDER
                                                        :

                      Defendants.           :
                                                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2013

JESSE M. FURMAN, United States District Judge:

      At least one business day before any anticipated change of plea in this case, the Government shall submit a letter to the Court setting forth: (1) the elements of the offense(s) to which the defendant intends to plead, including the elements of any subsidiary federal or state offense(s) incorporated by reference into the elements of the primary offense(s); and (2) in the event that there are alternative basis for conviction under the relevant statute(s), the anticipated basis for the defendant's plea.

      SO ORDERED.

Dated: August 13, 2013
      New York, New York

                            JESSE M. FURMAN
                        United States District Judge