Application GRANTED.

**Clayman & Rosenberg** LLP

SO ORDERED.

*/s/ Jesse M. Furman*
Jesse M. Furman
United States District Judge
August 21, 2013

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255
www.clayro.com

Isabelle A. Kirshner
Partner
kirshner@clayro.com

August 20, 2013

Hon. Jesse Furman
United States Courthouse
40 Centre Street – Rm. 2202
New York, NY 10007
BY EMAIL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **08/21/2013**

Re: <u>United States v. Bryan Zuriff</u>
13 Crim. 268 (JMF)

Dear Judge Furman:

We are the attorneys for Bryan Zuriff, the above named defendant. Mr. Zuriff was arrested on April 16, 2013 and on April 30, 2013, your honor entered an order regarding Mr. Zuriff's bail conditions. Among those conditions are restrictions limiting Mr. Zuriff's travel to various districts in California and New York.

I am writing to request that Mr. Zuriff be permitted to travel to Big Sky, Montana on September 27, 2013. He intends to return to Los Angeles on September 29, 2013. While in Montana, Mr. Zuriff will be staying with friends at 2 Pumice Road, Big Sky, Montana.

We have consulted with the prosecutors assigned to this matter regarding this request and they have no objection to it.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Isabelle Kirshner*
ISABELLE A. KIRSHNER

cc: Joshua Naftalis (By email)