AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Alimzhan Tokhtakhounov, et al.

**APPEARANCE**

Case Number: 13 Cr. 268 (JMF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

October 4, 2013
Date

/s/
Signature

Alexander J. Wilson
Print Name                Bar Number

One Saint Andrew's Plaza
Address

New York, New York 10007
City        State        Zip Code

(212) 637-2453            (212) 637-2620
Phone Number              Fax Number