USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA :
 :
v. : 13 Cr. 268 (JMF)
 :
BRYAN ZURIFF, : ORDER
 :
        Defendant. :
 :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received the attached letter, dated September 16, 2013, and redacted in accordance with Rule 49.1(a)(5) of the Federal Rules of Criminal Procedure, in reference to sentencing of the defendant Bryan Zuriff.

      Counsel is reminded that, per Paragraph 8 of the Court's Individual Rules and Practices in Criminal Cases, the defendant is responsible for filing all letters submitted on behalf of the defendant, including those from friends and relatives.

      SO ORDERED.

Dated: October 15, 2013
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge

# BURT SUGARMAN

September 16, 2013

Hon. Jesse Furman
United States Courthouse
40 Centre Street – Rm. 2202
New York, NY 10007

Re: <u>United States vs. Bryan Zuriff</u>
13 Crim. 268 (JMF)

Dear Judge Furman:

    I am submitting this letter on behalf of Bryan Zuriff who I understand is to be sentenced by the Court on November 25, 2013.

    I have known Bryan and his wife and children for several years. I consider myself a close friend and mentor. As a longtime resident of Los Angeles involved in the entertainment business I have met many young people who engage in this business. Rarely have I met anyone like Bryan. He is unique, a brilliant producer, but also as kind and compassionate and dedicated an individual, that you could find. While very successful in his chosen field, he has remained true to the fundamental value, family first. I have spent much time with Bryan, his wife and children and delight in the wonderful relationship that they have. Additionally Bryan is extremely charitable, understanding that those who are fortunate must contribute to improve the lives of those less fortunate. They have a responsibility to leave this planet a better place. Whenever I have asked him to support some of my charitable interests; particularly the Heart Foundation and Classics for Kids, he has done so generously and enthusiastically.

    The current situation has devastated him, but I admire the manner in which he is facing it. He came to me immediately after his arrest; to apologize for the pain he has caused friends and family. He was resolute in accepting responsibility and beginning the first steps to confront his problem and repair his life. I can confirm that he has done both.

    Thank you for your permitting me to write this letter. I know you will be fair and just.

Very truly yours,

*[signature]*

Burt Sugarman

BEVERLY HILLS, CALIFORNIA 90210