# Exhibit A

October 6, 2013

Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Bryan Zuriff</u>
13 Crim. 268 (JMF)

Dear Judge Furman:

On April 16th, 2013, I turned 44 and had the biggest wake-up call of my life when I was arrested and charged with crimes related to internet gambling. My family was terrified, my reputation was destroyed, and I had to look deep into myself and face how I created this disaster. Looking back, I see now that I was living two parallel lives – on the one hand, building a solid and respectable family and career, and on the other hand, escaping into a world of ███████ gambling. It is a world that I am happy to leave behind.

The most painful part of my arrest and prosecution is seeing how my actions have negatively impacted my family. Neighbors avert their eyes when my wife walks in our neighborhood, and my oldest daughter has had friends at her new middle school shun her. Parents have declined play-dates and birthday party invitations. My household has always been known as a welcoming, fun, and safe environment, where everyone wanted to bring their kids for a barbecue, swim party, and a good laugh. The social adjustment has been devastating, especially since my children are still at vulnerable ages and don't fully understand that their father has caused this pain in their lives.

Part of what made gambling attractive was the feeling it gave me of being the center of attention, or in other words, a big shot. It was an opportunity to hide from insecurity and avoid emotional risks. Until I stopped, I didn't realize how much gambling was robbing my attention from the areas of my life that actually provide genuine self-esteem and real joy, like my family and my professional goals and successes. In this sense, even though this experience has been incredibly difficult, it has brought some positive aspects. When we are in the car as a family, I am now listening fully to my children, not absorbed in a game. During table reads for my

projects, I am now concerned only about the story, not the score. I am no longer staring at my iPhone during school events or business meetings. As a result of having cleared my head, I am happier, more present, and receiving the emotional rewards from everyday life that I was previously substituting with my gambling addiction.

Since the moment I first visited Los Angeles as a teenager, I knew this is where I wanted to live and work. After years of striving for success, I have reached a point where I am proud of my work. As a producer, I get great satisfaction from bringing together a team of very talented writers, actors, and directors, and working collaboratively with them and the network. Knowing that the success of RAY DONOVAN is a concrete example of my hard work brings me huge joy, and spurs me to create new projects. Having to take a public leave of absence to protect my show from negative publicity was a tremendous blow, and incredibly embarrassing. I am determined to never jeopardize my professional life or my family's happiness and security again. As a producer, I have dozens of people depending on me for my leadership, and I can't let them down. Even more importantly, I want my wife and kids to be able to be proud of their name again. I want to be a great role model to them. I know it will take time to regain that trust and integrity, and I am willing to work the rest of my life to make that happen. I have realized that I have too many great things at stake in my life to risk losing.

Please, when you review my case, take into consideration both the positive impacts I have otherwise had on my community, and the transformation I am undertaking in my life. I hope you will be as understanding as you feel appropriate. I promise you, as I have promised my colleagues, wife and children, that nothing like this will ever happen again.

Yours truly,

Bryan Zuriff

# Exhibit B

Hon. Jesse M. Furman
United States Courthouse
40 Foley Square
New York, NY 10007

October 19, 2013

Dear Judge Furman,



Bryan Zuriff
October 19, 2013
Page 2



Bryan Zuriff
October 19, 2013
Page 3



Bryan Zuriff
October 19, 2013
Page 4



Bryan Zuriff
October 19, 2013
Page 5



Bryan Zuriff
October 19, 2013
Page 6



Sincerely,



# Exhibit C

September 25, 2013

Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Bryan Zuriff</u>
13 Crim. 268 (JMF)

Dear Judge Furman:

My name is Monica Zuriff, Bryan's wife and the mother of 13-year-old A███, 10-year-old
M███, 7-year-old J█████, and 2-year-old J████. I take great pleasure in my role as a
stay-at-home mom and have proudly worked with Bryan to build our beautiful family.

Bryan and I have been married for fifteen years. I first fell in love with him for his loyalty,
compassion, empathy, generosity and orientation toward family. Over our years together,
all those qualities have proven to be true. Our shared values have helped us to create a safe,
secure, and supportive home for our children. Our children always come first, for both of us.
If you had the opportunity to see our family in our home, you would see how well-rounded,
well-behaved, respectful, and balanced our kids are. I give Bryan a lot of credit for our kids'
great qualities. Through his openness and non-judgmental approach to people, our kids
have learned to accept all kinds of people, regardless of background or status.

Bryan also has a strong commitment to his career, and is extremely hard-working,
dedicated, and passionate about his work. Even so, he has never made me or the children
feel that we come second. In scheduling, he always starts with the kids' commitments and
plans around them. He knows how important it is to be present in our children's lives,
which is something they are aware of and appreciate. They know that not all dads do this,
and they look for his face in the audience of every performance or sporting event.

On April 16th our life came tumbling apart, and Bryan has carried the responsibility of that
very heavily. I know Bryan's strengths and faults better than anyone, and he is a good man.
Even though I was beyond upset with him for his bad judgment, I stand behind him because
I know that if he had realized the consequences of his choices, he would never ever have
done anything to risk all that we've built together.

Every day, consistently, I see that Bryan is committed to the changes he has made to rectify
his bad choices and keep on the right track. He attends weekly ███████████████, has
stopped contact with previous acquaintances that might have influenced his choices, and is
surrounding himself with positive people. His renewed focus and lack of distraction have

brought even greater joy and connection in our family. He is extremely remorseful about his actions, especially how they are affecting us. He is aware that our kids have lost friends because of his situation, and he feels mortified and heartbroken that his actions are hurting our kids. He has always worked to contribute and be a respected member of our community, and is ashamed about the loss of his reputation.

Please, Your Honor, I beg you—be as compassionate as you possibly can with my husband. We cannot manage without him here at home with us. His role and daily presence is absolutely essential to our family's well-being, stability, and happiness. I have cried endless tears over the past six months, knowing that my kids and I will be devastated if their father goes to prison. We would end up paying a higher price than he would. Please understand that while my husband is doing what he needs to do to repay his debt to society, our four kids should not have to suffer more than they already have for their father's mistake.

Respectfully,

Monica Zuriff

Dear Judge Furman,

On April 15 I was preparing a family surprise with my two little sisters, M███ 9, J███ 6 and baby brother J████ 1, for my daddy's 44th birthday the next day. When I woke up the next morning, there were policemen all over our house, and they took my dad to jail on his birthday. I've never seen anything like that before, not even on TV. My mom let me give my dad a hug before they took him away. I was so scared. My mom drove me to school and told me to try to have a normal day and focus on my schoolwork, but all I could think was, would I see my daddy again?

My daddy reads to me every night before bed, he coached my basketball team, and he comes to every field hockey game and every play I'm in. He helps me with my homework, makes breakfast in the morning, and drives me to the bus every day.

I know my daddy did something wrong, and he has talked to me about what happened. He feels really really bad about it and especially how scared we all are. He promised me he would never do anything ever again that could make us worry or not feel safe. He has been talking to me a lot about how this is exactly why I have to always do the right thing and be a good example to my little sisters and brother.

Please give my daddy a chance to show that he has learned from his mistakes without taking him away from our family. I can't imagine not seeing my dad for even a single day. I love him so much.

Sincerely,



# Exhibit D



Alan Levine
T: +1 212 479 6260
F: +1 212 479 6275
alevine@cooley.com

October 8, 2013

Honorable Jesse Furman
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Bryan Zuriff, 13 Cr. 268 (JMF)**
      **(United States v. Tokhtakhounov, et al., 13 Cr. 268)**

Dear Judge Furman:

This is the first letter of this kind that I have ever written.  Obviously the Court knows of my background as a law clerk in SDNY and AUSA in the 1970s and a private lawyer since 1980 at Kronish Lieb Weiner & Hellman now known as Cooley LLP.  But, this letter is written on behalf of my *cousin* Bryan Zuriff whose sentencing on his guilty plea is scheduled for November 2013.

I bring three perspectives to this letter:  a family member; a family lawyer friend involved early on in this case; and a lawyer experienced in the federal criminal justice system.  First, Bryan is the son of one of my first cousins, Ms. Riki Conway, and I have known and interacted with Bryan for his entire life.  My contact has not been casual, or simply social.  Since I have represented his grandparents for over 30 years (and the family's business for the first twenty of those years) and his mother now for over 20 years, I have been intimately involved in many family business and investment decisions, some of which have supported Bryan's endeavors.  Bryan has always been honest, forthright and responsible.  Bryan has been privileged to grow up in a comfortable family but has always had the ambition to lead a productive life.  More creative and more entrepreneurial than his brother, he has raised money for some of his ventures, but always protective of those investing with him and putting their interests ahead of his own.  So first and foremost, I am a character witness attesting to Bryan's reputation for honesty and integrity, and I would do so in spite of this conviction for the reasons set forth below.

Second, Bryan has always accepted responsibility for his actions – no excuses, no blaming others.  Even when he was in high school and college, Bryan stood up for what he did, or didn't do.  But, the best example of this character trait is his conduct in connection with this case.  I received a call from Bryan's wife Monica within minutes of Bryan's arrest in the early morning hours of April 16.  I arranged for counsel at his arraignment in Los Angeles and then recommended my dear friend Chuck Clayman, Esq. to represent him.  Over the several days immediately following his arrest, I had numerous conversations with Bryan, and with Monica and Bryan together.  They were totally frank and forthcoming with me.  They didn't blame the



Honorable Jesse Furman
October 8, 2013
Page Two

predicament on others; Bryan expressed remorse at the outset, but more importantly, expressed a desire to stand up for what he had done. (Shortly after being released from jail and his arraignment here in New York, he even went up to Westchester to visit his 90 year old grandparents to tell them what he had done and apologize for his behavior.) Everything Bryan told me at that time has been substantiated. Interestingly, Bryan even admitted to me that when he told his mother over a year ago about his then new relationship with Helly Nahmad she had cautioned him that it was a relationship that he didn't need.

Given his acceptance of responsibility here, how do I reconcile the underlying conduct? I have always known Bryan to bet on sports games, but like others close to him I did not suspect that it had gotten so out of hand. My take of his limited involvement here is his desire for acceptance socially with others in this crowd that may even help him in some endeavor down the road. Frankly, I don't think he contemplated these consequences. What had been a bright line he had never previously crossed was obscured by an immature desire to affiliate with a group of people. Thus, I attribute this costly error in personal judgment to immaturity, not to any deviant personality or inability to know right from wrong.

My third perspective is my professional experience. I benefitted early on in my career in learning from Federal Judge Lee P. Gagliandi what kinds of considerations went into a decision on sentencing. I recognize how personal this decision is for each Judge yet also realize the impact now of the Federal Sentencing Guidelines. For this defendant, I genuinely believe that adequate punishment has already been imposed, and that is, the conviction and the notoriety that has come with it. Bryan is the first in a large extended family of five generations to be convicted of a crime; Bryan knows he can never escape the word "felon" associated with his name. The action by CBS in suspending him from association with the Showtime series that has achieved such success has already been a loud wake up call that he will suffer consequences professionally. The Government has sent a strong signal that there is a bright line that cannot be crossed for those that enjoy betting on sports games. Personally, I would regard incarceration for this offense at his level of activity to be unwarranted.

Finally, a Court is often confronted with a decision to separate a defendant from his/her young family. I cannot say that separating Bryan for even several months would imperil his family financially, but the emotional toll would be terrible. To me, the single most impressive part of Bryan's adult life is the strength of his marriage and the family of four children that they have created and nurtured. Virtually no one in our extended family has four children and Bryan is thoroughly and completely devoted to them. The affection and love in that family unit is palpable and beautiful. For those children, particularly A███, their oldest daughter, incarceration of their father would be devastating.



Honorable Jesse Furman
October 8, 2013
Page Three

I urge the Court to impose a period of probation only.

Respectfully,

Alan Levine

AL:dmr

28 September 2013


The Honorable Jesse Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Re  United States v Bryan Zuriff
     13 Crim. 268 (JMF)


Dear Judge Furman:

Where does a Mother begin! On April 16, 1969 I carried out of Mt. Sinai Hospital a beautiful baby boy, Bryan Mitchell Zuriff—my second son. I had all the hopes and dreams for him to become an outstanding young man. He was always full of life, smiling, loving and at times mischievous! Being the second child he was always trying to keep up and be recognized. We were a very sports orientated family except for me since I was a ballet dancer. Both boys spent time doing ice hockey, football, basketball and golf. They went on holidays with their grandparents who taught them skiing and sailing and they watched endless hours of sports on TV with their Grandfather.

When Bryan had his Bar Mitzvah at Park Avenue Synagogue his gift was to choose a place to visit. He chose Hollywood! From that point on he could not be dissuaded from following his dream. After Browning he went to the Tisch School at NYU to study acting and then set out for California first as an aspiring actor then as an agent and finally as a Producer—which proved to be his strength. He has had considerable success in recent years in both TV and motion pictures. Bryan is a people person and he is able to bridge the gap between the different personalities it takes to make a movie. He is wonderful with people, well liked and respected in a difficult industry.

He married Monica 14 years ago and they have had 4 children aged 13 to 2 years old and he has been a model father—nothing comes before his children—not even golf! For Bryan, family is everything—his main character trait is that of a hands on father who coaches his daughters soccer team and basketball team. He takes an active interest in their schooling and is incredibly involved at Harvard Westlake where their eldest daughter is an eighth grader. He and Monica are also engaged at UES (UCLA) where M█████ and J███ attend and Sunshine where J███ has begun

school.  They are a committed team that play an active role in so many ways for all
three schools.

He is equally attentive as a son and grandson.  He has made room in his life for his
maternal grandparents  who he regularly visits in NY, he calls them several times a
week and he honors them for all the sailing, golfing and  skiing that he learned from
them. Now with his grandparents in their 90's he looks after them as they did him.
As a son, he is attentive and empathetic—when I was going through a divorce Bryan
offered to move back in with me so I wouldn't be alone.  He was very comforting
during that difficult time. Bryan has been there for all members of the family
including his in-laws who he offered to help buy a home and  he aided his sister in
law when she moved to California. For three years he's paid the tuition for a child
who could not afford  the tuition fees at UES and he bought a used car for his caddie
so he wouldn't have to bus to work.  He does these things without fanfare and with no
ulterior motive.  He has a generous spirit--a spontaneous generosity that is empathetic
and sensitive—maybe because  he studied acting and had to put himself in another
persons shoes.  He has a natural inclination to help others—it is a core quality of his
personality.

As I noted Bryan loves sport-any sport and I think it was that legitimate interest that
led him into betting and somewhere  along the line he made a mistake.  He realizes
this and blames only himself and wants to correct that flaw ████████████████

Bryan dreads losing his family as a result of his error and is committed to not
repeating his bad judgement. Bryan has been a great father, an attentive grandson and
a respectful son, He is not a bad person—and for this reason I ask you to be lenient in
your judgement of an appropriate punishment. Bryan wants to make amends for his
wrongdoing  and to pick up his life as an exemplary father, son, friend, colleague and
citizen.

If you could see how much he is loved by his wife and children you would see why I
am still proud of him and know he can correct his flaw. ████████████████
████████████  He is repentant for the shame he has brought on himself  and his
family.  He has truly seen how he has let down his family and friends.  But, apart
from his one flaw the overwhelming evidence of his behavior  is that of a responsible,
productive and caring young man which I hope you will consider in your judgement
of him.

Sincerely,

*Ricki Gail Conway*

Ricki Gail Conway
████████████

London ████████████
UK

## Eugene I. Zuriff

█████████████████

New York, New York ████

September 27, 2013

The Honorable Jess M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United Stated Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Bryan Zuriff</u>
13 Crim. 268 (JMF)

Dear Judge Furman:

Every parent has a wish to provide the very best while enriching their children with values and meaning. From Bryan's earliest years, his joy at meeting new friends, family encounters and zest for all things that life offered resonated in his enthusiasm for caring and sharing for those around him.  Beginning at a young age Bryan volunteered to give up his Saturday afternoons to spend time with children his age in need at the Lighthouse for the Blind.  Philanthropy was a constant and a philosophy that was grounded in his upbringing and has continued throughout his life.

He is a loving husband and devoted father to his four children and remains a loyal friend to those from his early childhood.

As Bryan's father, I know that his values are strong and that the challenges that now face him can be surmounted.  I therefore, respectfully request a compassionate decision that will afford Bryan the opportunity to redeem himself and continue to contribute positively to his family, friends and society.

Sincerely,

Eugene I. Zuriff



Laurence Gregg Zuriff

New York, NY

The Honorable Jesse Furman
The United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Bryan Zuriff                    September 20, 2013
      13 Crim. 268 (JMF)

Dear Judge Furman:

I am Bryan Zuriff's brother. I live in New York City with my wife of 20 years, Beth, and my two children S█████ (16) and J████ (13). I am the managing partner of ZFI Capital an investment management firm based in Manhattan. I am writing this letter on behalf of my brother.

I probably know my Bryan better than anyone writing on his behalf. From the first 10 years of our lives when we shared a bedroom until today when we live nearly 2700 miles apart, rarely has a week gone by in 44 years when we have not talked together, played together, fought with each other, or shared our personal experiences fears and hopes. No date in that entire span of time was more shocking to me then my brother's birthday, April 16th of 2013, the day he was arrested.

I was one of the first people he spoke to after his release. It was obvious from our conversation that my brother recognized what he had done was wrong. Although, I doubt he understood its severity before the arrest. He knew his children were the true victims of his actions and that he had to correct that wrong. He understood that owning up to his mistakes and accepting responsibility was the only positive example he could offer to his children. Acknowledging his guilt early and honestly both before his family and before your court was the only choice he ever considered.

This response did not shock me. Bryan is a doting father who enjoys nothing more than his children. I see this when our families visit each other for Thanksgiving or go on vacation together. Despite living a continent apart, our children are best of friends and look forward to family time. My children love Uncle Bryan and think he is witty, fun and caring. I believe my son J████ "likes" every Instagram photo Bryan posts (99% of which are of Bryan's kids). I dread the thought of Bryan not being around on our many family get-togethers.

I know Bryan regrets the bad decisions he has made. I know he recognizes that the Court has an obligation to confer a just punishment. It is my hope, however, that whatever punishment you decide is appropriate it will not include separating him from his family.

Thank you for your consideration. I hope you will take into account Bryan's commitment to his family, his dedication to his career and his commitment to the community in which he lives. Despite this blemish, Bryan has proven and will continue to prove a productive individual with a kind and jovial heart.

Sincerely,

Laurence Zuriff

Exhibit E

R E S O U R C E   G R O U P

# RG175

O N E   S E V E N T Y · F I V E

**THOMAS C. HUDNUT**
211 South Spalding Drive, #605S
Beverly Hills, CA 90212
818.980.5033 Tel
818.512.3811 Cell
818.487.6613 Fax
thudnut@hw.com

**THOMAS M. EVANS**
*President*
Harwich, Massachusetts

**ROGER J. BASS**
Seattle, Washington

**CLAYTON G. CHAMBLISS**
Lexington, Kentucky

**LINDA MacMURRAY GIBBS**
Tampa, Florida

**EDES POWELL GILBERT**
New York, New York

**THOMAS C. HUDNUT**
Los Angeles, CA

**CLAY V. STITES**
Dartmouth, Massachusetts

**GILLIAN D. duCHARME**
*Associate*
London, England

The Honorable Jesse Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

12 September 2013

Re: <u>United States v. Bryan Zuriff</u>
    13 Crim. 268 (JMF)

Dear Judge Furman:

I recently retired as President of Harvard-Westlake School in Los Angeles, an independent day school enrolling 1600 students in Grades 7 through 12. I served in that capacity for 26 years and was headmaster of two other schools for a total of ten years prior to coming to Los Angeles. I began my career 43 years ago as a teacher at St. Albans School in Washington, DC.

As you would expect, in such a lengthy career as mine, I have dealt with an infinite variety of students and families that have ranged from Members of Congress to non-English speaking immigrants, billionaires to one, now at Harvard, who listed her parents' occupations as "ironers." Along the way, I have worked with families that were dysfunctional or at war with one another on the one hand, and families that were devoted, warm and close on the other.

In the case of Bryan Zuriff and his family, they definitely fall into the latter category. Fun-loving, caring, warm, empathic and compassionate, Bryan and Monica have set a standard of decency, fair play and suitably high expectations for their family that make them a pleasure to be around. When it comes to their approach to school, there is nothing Monica and Bryan won't do -- from helping out at Homecoming, to hosting a dinner in their home, to participating in the school's annual auction; they are always around and always involved. Ideal school parents, actually.

It was in this context that I came to know the Zuriffs and particularly connected with Bryan. He and I have many friends in common, we both love golf, as well as good food and wine, and we're both excellent schmoozers. It was natural that we would hit it off and we did. Add to that his willingness to be generous in his support of Harvard-Westlake and it's easy to see why I like him so much.

As soon as Bryan was charged, he let me know. I offered to help him through legal contacts of my own, but he seemed to have matters well in hand, and I trusted his judgment. Since that time, he has stayed in regular contact and kept me abreast of the case's progress and his sentencing. He has been straight-forward and direct about it and seems chagrined that he got involved in anything that could sully his name in such a way. He would much rather be known as the creative Producer of "Ray Donovan" than as the gambling bum who produces "Ray Donovan."

Bryan Zuriff is smart. He is not so smart that he thinks he can outwit the law, but he is smart enough that he knows what not to do again. Like a child who has burned his fingers on the stove, he's now not likely to go near it.

I know him as a family man, not as a criminal. I prefer it this way. Whatever can be done to restore him to his natural state of husband, father, producer, friend and all-around good guy will benefit us all, not just him.

I thank you for your consideration and urge you to consider the immense goodness that is within this man as you pass judgment on him. His family and friends will be immensely grateful if you do.

Respectfully,

Thomas C. Hudnut



KERRY GORDY ENTERTAINMENT

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

September 23, 2013

Re: <u>United States v. Bryan Zuriff</u>
13 Crim. 268 (JMF)

Dear Honorable Furman:

We are Karen and Kerry Gordy, family friends to the Bryan Zuriff family since 2000. We are aware of Bryan Zuriff's guilty plea and are submitting this letter in connection with his sentencing.

We initially met the Zuriff family at Sunshine Pre-school in Brentwood, California. A████, the Zuriff's oldest daughter, and our daughter J████ both went to the same preschool and elementary school together in Los Angeles. As a result, our families became close friends and have spent many occasions together including family gatherings, holiday gatherings, important social events, school events, and numerous outside family social activities.

While at the Lab School, Monica and Karen became very close over the next several years, having daily contact and serving on several committees together. We personally saw them support the school generously and attend each and every school function, be it large or small for each child. We also personally witnessed their generous philanthropy to various classrooms and families consistently over the years. They went to the financial aid office of the school and anonymously offered assistance to several families in need. I only discovered this because I spent countless hours with Monica at school and saw here going in and out of the financial aid office. I finally had to ask, "What's up with you and this office?" She confessed, swearing me to secrecy. I am compelled to spill the beans now. They quietly gave from their hearts.

Bryan is one of the happiest dads we ever met. He is always so gentle and relaxed and so proud of his three girls before he became the very proud papa of his son J████. It was always a pleasure for Bryan to be at the school participating somehow in his kids' daily lives or just even schlepping them, in between his busy schedule when needed, because they were so many.

9903 Santa Monica Bl., Ste. 197
Beverly Hills, California  90212
Tel. (310) 274-4069
Fax (310) 274-4857



KERRY GORDY ENTERTAINMENT

Hon. Jesse Furman
September 23, 2013
Page 2

In the third grade our daughters joined the same neighborhood basketball league and played on the same team together. After two years of experiencing only occasional victories, to our surprise, Bryan declared that he will coach the team to victory. And it was to be. Bryan, after two years of coaching made our girls champions in a thrilling final and we are all forever grateful for that, the joy of that day remains in our bones forever. Still today, in times of fear and doubt, I too refer to those glorious moments of championship to inspire my daughter to face the challenge currently before her.

As the saying goes, the energy starts from the top. Bryan always emits a glow. The one thing that is consistently quite obvious about Bryan is his inner happiness that always glows like the sun. From the day we met it was always, easy, relaxing and enjoyable to be in his presence, approachable for everyone. As you get to know Bryan you realize his happiness comes from his very deep thankfulness for his family and life.

The thought that Bryan would be away from his three girls and son is beyond painful and tortuous. We all make mistakes. Bryan made some stupid mistakes that we personally know he will deeply regret for the rest of his life. In our eyes, he is beyond a doubt, a very good man, a deeply decent, trustworthy and generous soul. Bryan would not knowingly ever cause harm to anyone or anything. His gentle spirit has had an enormous beautiful impact on our family's life that we will hold dear and near always. We hope and pray and request that you be lenient with Bryan and compassionate towards his family. He is a beautiful light to his community and family and we humbly ask that not a minute of this light be taken.

Sincerely,

Karen & Kerry Gordy

9903 Santa Monica Bl., Ste. 197
Beverly Hills, California 90212
Tel. (310) 274-4059
Fax (310) 274-4357



PALMER, LOMBARDI & DONOHUE LLP
515 SOUTH FLOWER STREET • SUITE 2100
LOS ANGELES, CALIFORNIA 90071
P: (213) 688-0430 • F: (213) 688-0440
WWW.PLDLAWYERS.COM

September 10, 2013

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Bryan Zuriff

Dear Judge Furman,

  I am writing this letter in order to comment on the character of Bryan Zuriff, whom I've known for several years. It is my hope that my comments will help inform your decision about the appropriate sentence to impose on Bryan in light of his guilty plea.

  By way of background, I am an 18-year-veteran prosecutor, formerly of the Los Angeles County District Attorney's Office ("LADA"). Prior to going into private practice six month ago, I held the position of Assistant Head Deputy, Major Crimes Division ("MCD"). The MCD is the most elite division in the LADA's office, handling the most high-profile and complex cases in Los Angeles, the most populous county in the United States. I have tried to verdict approximately 100 jury trials, including some of the nation's most notable cases, including *People v. Phil Spector,* the legendary music producer who was convicted of murdering actress Lana Clarkson. Most recently, I was a candidate for District Attorney of Los Angeles, which culminated in a close, but unsuccessful, bid in a runoff election. In other words, I am intimately familiar with the criminal justice system and those who are affected by it.

  Bryan is a close personal friend whom I've known for many years. When he explained to me that he committed a crime, I was shocked. I know Bryan to be a dedicated family man whose priority in life is his wife, Monica, and four beautiful children, A█████, M█████, J█████ and J█████. Given that he is familiar with my career and trials, he and I have spoken at length about our philosophy on life, and about his view of justice. He is a good man with a keen sense of right and wrong. Bryan has spent the last decade teaching his children the value of character and moral judgment. That he made a grievous error in judgment by and through his conduct in this case will haunt him for all the days of his life. He has confided in me that he will be tortured

The Honorable Jesse M. Furman
September 10, 2013
Page 2

having to explain to his children that he is a convicted felon.  At the same time, however, Bryan understands that his conduct comes with a penalty and the steep payment of penance.  I can assure you, Your Honor, that Bryan will continue paying that high toll long after this Honorable Court's sentence has expired.  He has expressed that the valuable lessons he has learned during this process come flooding back to him every time he looks into the eyes of his kids.

It is notable how Bryan has dealt with the reality of his circumstance.  As a prosecutor, I am all too familiar with the guilty playing semantic games with themselves and others by using passive phrases like, "I'm being prosecuted," or "they convicted me."  Never one to shirk responsibility, Bryan has, from the beginning, been accountable for his actions.  That was sharply illustrated by his first statement to me when he called me after his arrest.  He said simply, "I committed a crime, and I'm sorry."

The penal system is built on three main premises:  to protect the public, to punish the offender, and to deter criminal conduct.  Bryan's very obvious acceptance of his responsibility for his actions, his remorse for having engaged in the conduct in the first place and his determination to learn from his mistakes demonstrate that each of the goals of the justice system will be met with a probationary sentence.  First, because he has learned hard lessons from this incident, Bryan will pose no threat to the public in the future.  Second, the harm to his reputation, the public embarrassment, and most importantly, his fallen status in his children's eyes have all served to severely punish Bryan.  Finally, there is no question that Bryan has been—and others will be—deterred from any similar conduct in the future.  Serving jail time in this case will do nothing but further debilitate his already devastated family.  It would be a sorrowful day indeed were Bryan's children to be forced to watch him go to jail.  I, therefore, ask this Court to show leniency as it passes judgment on Bryan.  Bryan understands that, with this Court's mercy, he may well be given a chance to avoid jail time and begin making amends for his past transgressions.  I know Bryan's character; he will not squander that opportunity.

Should this Court have any questions for me, I remain at your service.

Kindest professional regards,

Alan Jackson

# PETER BERG

September 3, 2013

Peter Berg
433 N. Camden Drive, Suite 600
Beverly Hills, CA 90210

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Your Honor,

  I'm writing on behalf of my good friend of ten years, Bryan Zuriff.
My son, E█████ is thirteen and he has been going to school with Bryan's
daughter, A████, for the last eight years.  During this time, I have come to
know Bryan well, as both a father and a friend.  I believe that Bryan
possesses a huge heart, great compassion, and real legitimate generosity.
He has been there for me to offer professional advice, and together we
have helped each other navigate the adventures of fatherhood.  Bryan
loves his family and his friends and has consistently been there for both.
I sincerely believe that any mistakes in judgment made by Bryan in the
past are just that, in the past.  I have had many long conversations with
Bryan since his arrest, and I believe that he understands both the
wrongness of his actions and the necessity of taking self-responsibility
and never making these kinds of judgment errors again.

  Sir, I believe that Bryan is a great father and a great friend.  He has
learned his lesson and deserves another chance.

Sincerely,

Peter W. Berg

The Rev. Dr. Walter J. Smith, S.J.
Chancellor

307 East 60th Street
New York, NY 10022-1505
Phone (212) 644-1111 Ext. 101
Fax (212) 758-9959
www.HealthCareChaplaincy.org



**HealthCare
Chaplaincy
Network** INC

4 September 2013

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Furman:

On November 25th of this year, Bryan Zuriff is scheduled to appear in your court room
to be sentenced for an offense that he has publicly acknowledged and to which he has
pleaded guilty.   As judge, it will be your duty to administer justice.  As you formulate
your judgment, with humility and respect I write today to offer you some thoughts and
reflections, which may be helpful as you prepare to exercise the authority of the court
and apply whatever level of leniency and compassion you deem appropriate.

C.S. Lewis once commented that "it needs to be a good man to repent. And here
comes the catch. Only a bad person needs to repent: only a good person can repent
perfectly."  Bryan Zuriff is a good person who has made some bad choices which he
has freely acknowledged.  He knows his mistakes, has acknowledged his guilt,
resolved to amend his ways and now looks to the tribunal of justice for mercy.

I have known Bryan Zuriff and his extended family for more than 20 years.  As a Roman
Catholic Jesuit priest, it is a bit anomalous that I would have such an intimate
relationship with a Jewish family.  When I was recruited in 1991 to become the
president & CEO of a multifaith nonprofit healthcare organization in New York City,
Bryan's father was a trustee, later becoming the chairman of its board of trustees.

When Bryan Zuriff, a Reformed Jew, became engaged to Monica dePandi, a Roman
Catholic, Bryan and Monica invited me to officiate at their interfaith wedding in Ravello,
Italy on May 29, 1999, which I most gladly did.  I recall on the evening of their wedding,
when they had drunk from the Kiddush cup that I gave them as a wedding gift, I prayed
this prayer for them: "As together you have now drunk from this cup, so may you share
contentment, peace and fulfillment from the cup of life, and thereby may you find life's
joys doubly gladdening, its bitterness sweetened, and each of its moments hallowed
by true companionship and love."

Through the intervening years, Bryan and Monica have worked hard to strengthen their companionship and love as they have built a home and family with their four young children. It is a disappointment to see how human frailty and bad judgment can so quickly disrupt the otherwise caring and loving environment of the Zuriff family's household. I have always known Bryan Zuriff to be a genuinely good and compassionate man.

He and his father share the same birth date and, to some extent, a similar personality. Like father, like son. Both are honorable and resolute. Both are bright and articulate. Both of these men are loving, caring, kind-hearted, gentle and consummately considerate people—in a word, each of them ready to do anything for anyone at a moment's notice.

I know how genuinely contrite Bryan is for what he has done. As a clinical psychologist I recognize that occasionally people do engage in behaviors that are inimical with their habitual ways of being and doing. Bryan realizes that what he did was wrong. Deeply embarrassed by both his choices and actions, Bryan is hopeful that the court will exercise a measure of lenience as it assesses his failings, confession, remorse and firm resolve to live a more upright and responsible life.

As one who for more than a half century has also been a position as priest to encounter wrongdoing and express forgiveness, I ask you, Judge Furman, to take into consideration as you formulate the sentence that you will ultimately impose upon Bryan Zuriff, his sincerity and goodness, his important responsibilities as husband and father, and his absolute desire to be more accountable for his future choices and actions.

Respectfully,

The Reverend Walter J. Smith, S.J., Ph.D.
Chancellor

Hon. Jesse M. Furman
United States Courthouse
40 Foley Square, Rm 2202
New York, N.Y. 10007

Re: <u>Bryan Zuriff</u>

Dear Judge Furman:

I have known Bryan Zuriff since he was a teenager in New York. At the time he was going to school and working for a top NY photographer as an assistant.  In a sense, I was a mentor to him, since I was 13 years older. I'm a working actor as a profession. I coached Pop Warner football in South Central for six years, and then moved to the high school ranks for the past 16 years. I currently coach at Venice High school. A few years ago, I received the President's award from Gov. Schwarzenegger and Maria Shriver for service to my community in Los Angeles. I have a 50 year old mentally retarded brother that I take care of.

Bryan was always passionate about sports and helping his friends when he could. We were always competitive in what we did together. He obviously lived a comfortable lifestyle, and must have assumed that he had a large inheritance coming one day, but he was always very persistent in his desire to make his own money. As long as I've known Bryan, he worked. I was impressed with this quality in him and was sure that he would one day become very successful in anything he attempted to do.

After Bryan graduated from NYU, he moved to Los Angeles at my request and stayed with me until he found a place of his own. I was coaching Pop Warner football at the time in South Central, and Bryan would frequently come to practices to help me out and to help tudor the kids. The kids loved him. I ended up adopting three African American kids, and Bryan was always there to help me raise them. Even today, many

years later, I coach High School Football, and Bryan has always been a solid presence at my football practices. He takes great pride in helping teenagers become solid young men in the community.

I understand where Bryan may have become involved in gambling, as he's always been passionate about sports, he's very competitive, and he's always tried to earn his own money.  He's never done anything to hurt anybody, and he's always tried to help anyone, including me in their life. I'm proud of the man he has become. He works hard, has a wonderful wife and four beautiful children that he takes great pride in, and he's always trying to help others who are less fortunate.

I truly hope the Court takes all of this into consideration. We all make mistakes in our life. Bryan has admitted his wrong doing and has learned a lesson. I have enough faith in him to believe he won't make the same mistake again.

Yours truly,

Richard Steinmetz

# Exhibit F

1

September 18th, 2013

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:   United States v. Bryan Zuriff
13 Crim. 268 (JMF)

Dear Judge Furman:

Thank you in advance for taking the time to read this. I am writing on behalf of my friend and partner, Bryan Zuriff. I am the creator and executive producer of the Showtime series "Ray Donovan," which premiered this summer. Bryan was and continues to be a valuable part of this show. Without overstatement, I can honestly say that it most likely would not have come to life without him.

In addition, I created the show "Southland" which ran on NBC and TNT for four years. I've worked for over 30 years in this business and Bryan is one of the few people whom I trust completely.

It was Bryan's initial enthusiasm for the idea that galvanized me to further develop it. It was his intransigent belief that there was a great idea there and he pushed me to develop it. We were partners every step of the way as it came to life. When we formulated it, sold it, developed it, shot it and shaped it into it's final episodes, Bryan was there. Bryan was there every step of the way, doing all that needed to be done to make this show a reality.  He read scripts, advised on writers, looked at cuts, and visited the sets. He was a terrific liaison, able to relate to all the different people involved and put out fires as they started. He provided great advice throughout.

His role as a producer on this show is essential, as he has a unique skill set that is hard to duplicate. He is undeniably good with all the very different personalities and their vastly different needs. He is a good listener and is able to prioritize. He is the person that addresses various problems as they arise and he handles them with required discretion to allow the show to go on.

After Bryan pleaded guilty, he took a voluntary leave of absence as Executive Producer of Ray Donovan. He did not want the publicity that his guilty plea generated to have any negative impact on the show or those he worked with. Although CBS, which owns Showtime, accepted Bryan's resignation, we soon realized just how valuable he is to our team and he was asked and has since returned to the show as a consultant. I am hopeful that Bryan can return to the show as Executive Producer after he is sentenced.

It would be a huge loss to me personally and professionally if he was unable to continue working on the show. The hundreds of people that are part of this project would be impacted by his absence as well. We depend on his hard work to keep all aspects of the show moving smoothly. Bryan is a valued member of the team. If a member of the team is removed, it has a deleterious effect on all of us.

I am aware of the conduct that he has pled guilty to. As a partner and friend, I am also aware of the remorse he has felt and the many steps he has taken to address the behavior that led to his arrest. He has tried, and will continue to try to rehabilitate himself. He takes it very, very seriously. He made a mistake. I know he is sorry. I know he has learned from it. I know it has made him a better father, a better husband, and a better friend and partner. He has not made light of it in any way. He has faced what he did with gravity, maturity. He has taken steps to assure that it never happens again. I am asking you to please temper justice with mercy and compassion.

Sincerely yours,

Ann Biderman

Ann Biderman Co.
c/o Adam Ditsky
475 Park Avenue South
24th Floor
New York, NY 10016
Phone: 212.450.1716

October 25, 2013

Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Bryan Zuriff

Dear Judge Furman:

My name is Douglas Fox. I am a Property Master and have worked in the motion picture industry for the last thirty-two years. My job responsibilities are the procurement of props for movie or television projects. I have worked on over 60 feature films and television projects.

I first met Bryan Zuriff on the Pilot for the TV series, Ray Donovan in 2012. Although we haven't known each other for very long, working in this business with the long hours and claustrophobic shooting environment one gets to know, and respect or disrespect, someone very quickly. Bryan was one the ones who earned my respect quickly. I have met many producers over the years, but few who I would trust or go out on a limb for. From the first location scouts I saw how much Brian cared about the project. He coordinated the crew's efforts to get the best possible results, but more importantly he became someone I could trust and go to about any problems I had.

The bottom line is he produced a great Pilot, which has led to a successful series now airing on Cable TV, with an order for another season next year. And if not for Bryan I would not have been part of this season or the next. When another producer was hired onto the series they brought another Property Master with them and left me without a job. Bryan was instrumental in getting the production to realize my desire and commitment to the project. Shortly thereafter I got a call from him asking if I was available for the series, and I have been on the project ever since.

During the shooting of the series, I saw Bryan arrange promotional deals and get the extremely busy creator of the series, to answer questions and make decisions. He made calls to friends asking them to provide promotional items for the show. I worked with him to make sure a very difficult phone promotion went through. He is one of the best producers I've had the pleasure to work with.

I do not know anything about Bryan's case before you; I only know the Bryan I see at work and the Bryan I see as the father and husband.  He often posts family photos of his wife and children on Instagram, and when I post photos of my family he is the first to "like" my photos.  He cares about people and their feelings.  It was a shock to me to learn of Bryan's situation and will be disappointing if he is not there with us on the set of "Ray Donovan" next season.  I know Bryan to be a good guy and believe that any leniency you could bestow would benefit a great amount of people, myself included.

I thank you for taking the time to read this letter and wish you luck with the difficult job you have before you.


Respectfully submitted,

Douglas Fox



Ovarian Cancer Research Fund
14 Pennsylvania Plaza, Suite 1710
New York, NY 10122

September 26, 2013

Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse, 40 Foley Square
New York, NY 10007

Re:  United States vs. Bryan Zuriff
    13 Crim. 268 (JMF)

Dear Judge Furman:

As executive producer of *Ray Donovan*, Bryan Zuriff is providing valuable support to
our organization. Bryan has made ovarian cancer a theme on his show, with a main
character losing his wife to the disease and building a memorial to her. The show
has been an important platform to raise awareness about ovarian cancer.

I met with Bryan to coordinate a major event we have planned for May in Los
Angeles. This will be our first west coast event, and it's a daunting task.

After the news of his legal troubles broke, and his leave of absence as executive
producer was announced, we were very concerned not only for Bryan personally,
but also for the support he provides to other philanthropic organizations beyond
business. Bryan provides the direct connection between our organization and the
show, since his stepmother, Sherry Jacobson, is the co-president of our organization.
We were looking forward to the involvement and support that Bryan would be
providing for OCRF. Bryan has been instrumental in creating this partnership, and
his presence on the show will contribute to the success of our Los Angeles event.

Despite all he has been dealing with, he has made himself available to us and
continued to support our organization and planning for the event, for which we are
extremely grateful.

I am writing to you to emphasize the positive contribution that Bryan Zuriff makes
through his work, beyond simply entertaining. I hope that when you make your
judgment, you will consider his genuine concern for the well-being of others, and his
passion for getting involved when a worthwhile cause crosses his path.

Respectfully submitted,

*Audra Moran*

Audra Moran
Chief Executive Officer

# THE MARK GORDON COMPANY

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

September 30, 2012

Dear Judge Furman,

I am writing to you to share my feelings about my friend and colleague
Bryan Zuriff.

I am aware that Bryan has pled guilty to the charges concerning his involvement in
illegal gambling. I am also aware that Bryan has taken great steps to rehabilitate himself
and to not only curtail his gambling, but to try and understand where this problem
comes from and make sure that this will never again affect him, his family or anyone
else.

I met Bryan about ten years ago when our families were vacationing together. I had
been recently divorced and I was so appreciative of how Bryan and his wife Monica
welcomed me and my two small children into their family group. We found out that our
children went to the same school and that we had many friends in common as we both
lived in Los Angeles and worked in the entertainment industry.

After the trip we spent time together and with our families. Bryan was a wonderful dad
and my children spent a lot of time at his house with his family. Over the years we took
many trips with our families together.

After a few years I asked Bryan if he would like to join my company as an
executive/producer. He accepted my offer and over the years, as our friendship grew, so
did a successful business relationship. Bryan and I developed a number of movie and
television projects together and at this time, two movies and one TV series has been
made. There are other films and television shows that are close to moving forward as
well.

Bryan has made a great impact on the creative work we have done together. He is a
talented, thoughtful producer and a kind and encouraging leader to everyone that we
work with. Not only is Bryan a successful producer, but he is the one that our cast and
crew go to with their problems. He has time for everyone and there is no one better
liked and appreciated than Bryan.

# THE MARK GORDON COMPANY

I truly believe that Bryan has recognized the wrong that he has done, and that this experience has changed his life in a very positive way. If there is good news here, it is that Bryan has taken the opportunity to face his demons and is coming out of this a better man in so many ways.

I appreciate your consideration.

Best,

Mark Gordon



## JON VOIGHT

To the honorable Judge Furman,

My name is Jon Voight. I am the actor, Jon Voight, and I met Bryan Zuriff almost 2 years ago at a meeting with Bryan and Ann Biderman, the producers and writer of the then proposed SHOWTIME series: RAY DONOVAN. I had read Ann's script from an idea of Bryan's and we were meeting to determine if I would join the cast. It was a big decision for me – a big commitment, to sign for a series, and I was very alert to assess just who these people were who I would be working with: their attitudes, their character, how they made decisions.

I was impressed with Bryan from the start. In our business there are many kinds of producers. I was pleased to see that Bryan was one of those



2.

## JON VOIGHT

few "hands on" producers who was involved in every stage of decision making. He and Ann were mutually supportive of each other, on the same page, and together had assembled a remarkable cast and crew. I was impressed also with their positive energy and good cheer, and felt quickly that I could work well under their care, and soon we were agreeing to sign contracts on the following day.

Since that 1ST meeting I've gotten to know Bryan personally. I've spent time with his family and gotten to know his wife, Monica, and their 4 splendid children. We've had a lot of fun together. Bryan is a proud and doting father and a loving husband and their home is a happy one.

Bryan has been a constant presence on the set during the filming of the episodes of RAY DONOVAN, and all of us in the cast and crew have developed a strong bond with him. As I look back I can see that the success of our show this summer has had a lot



**JON VOIGHT**

3.

to do with Bryan's hard work, his close partnership with Ann, and his clear head and positive attitude when difficulties arose. We counted on him and he always came through. It was therefore a great shock when we found out that the police had come to his home, handcuffed him, and took him away in front of his family. The Hollywood papers had somehow got hold of it and the news was all over town by the next morning.

Bryan did not hide. As soon as he was released on bail he came to the set to express his sorrow and shame to all of us. He was full of remorse and sadness. We thank God he didn't give up and walk away from his work. Despite the painful private challenges he was facing he was able to be there to finish over-seeing the season's last episodes. There isn't one of us who has worked with Bryan that doesn't feel he is a fine man and deserving of our loyalty. Whatever mistakes he has made I'm sure he has learned his lesson quite well, and I hope you will consider this

4.



JON VOIGHT

plea for leniency from someone who knows and loves him.

With great respect,

Jon Voight



# GREEN HAT
## FILMS

October 21, 2013

The Honorable Jesse M Furman
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**RE: Bryan Zuriff**

Dear Judge Furman,

Thank you for allowing me to write a letter as to Bryan Zuriff's character, in connection to his sentencing hearing this year.

I know Bryan in my capacity of a film producer, but I have been working in sentencing and correctional reform efforts here in California for over a decade. I am one of thirteen appointees to the Board of State Community Corrections (BSCC), where we oversee jail and juvenile hall conditions for every county in California. I was also named Governor Jerry Brown's Volunteer of the Year, for our organization's work with the Department of Corrections on prison college programs and reducing recidivism.

While working with Mr. Zuriff in the film business, I have found the content of his character to be more than admirable. Our business is full of opportunists and those without a penchant for the truth and Bryan is certainly not one of those. He has been an honest and hard working partner and collaborator.

Bryan also took a strong interest in the work I was doing with incarcerated youth. He was always willing to lend a helping hand and volunteer for the three nonprofits I work with. He also has always been willing to mentor struggling men and woman who want to get into the entertainment business, but don't have the resources or connections.

Bryan is a wonderful husband and father, an ethical entrepreneur and a man that cares deeply about the less fortunate and giving back. His conduct in this case is in no way demonstrative of his true character and I hope you would be willing to show mercy that punishes proportionally, but also allows Bryan to continue in his role as a husband, father and philanthropist.

If you have any questions, please feel free to contact me anytime at 818-954-3255.

Sincerely,

Scott Budnick

**JUDD APATOW**
Apatow Productions
11788 W. Pico Boulevard
Los Angeles, California 90064

September 12, 2013

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Untied States Courthouse
40 Foley Square
New York, New York 10007

**<u>RE:  Bryan Zuriff</u>**

To The Honorable Judge Furman:

      My name is Judd Apatow, and I write this letter to you in support of my friend, Bryan Zuriff.  I am aware that Bryan has pleaded guilty to serious charges, and I am submitting this letter to you in connection with his sentencing.

      I am a movie writer, director and producer, and I met Bryan several years ago when he allowed me to use his home as a filming location for a movie called KNOCKED UP.  From the moment I met Bryan, he has been a generous and loyal friend.  It is not easy to allow a movie crew into your home for several weeks and to watch as hundreds of people move your belongings and disrupt your life.  Yet, this is exactly what Bryan did, and he did so graciously and modestly.  Throughout the process, Bryan was positive and helpful in ensuring that production went smoothly, and that I accomplished everything that needed to be done.  He was a pleasure to be around, and I greatly appreciated his accommodating and generous spirit.

      I remained in touch with Bryan after the filming of my movie.  Two years later, I was pleased when my family and I moved to the same block as Bryan and his family.  Over the next several years, Bryan and I became close friends.  Our kids played together, and our families vacationed together.  It became obvious to me that Bryan shares the same commitment to family that I do.  Watching Bryan interact with his children and wife, I saw his love, commitment and loyalty.  Bryan is a decent and hard-working family man who puts his wife and children above everything.  I respect and admire him.

      From a professional standpoint, Bryan has pursued projects as a producer in the entertainment industry.  I have always offered him an open door to bounce ideas off of me, and

he has asked for my thoughts and insights on many occasions. I am always struck by Bryan's tremendous work ethic and commitment to his professional pursuits. Bryan is extremely hardworking, and I have seen him instill the same work ethic in his children. Others in our industry see the same traits: Bryan is a well-respected professional in the entertainment industry.

Based on both my personal and professional relationship with Bryan, I am surprised and confused by the actions which have led to his guilty plea. Those actions are out of character for Bryan. They are aberrations in an otherwise honest, committed and loyal life, dedicated to family, friends and hard work. Bryan has not made excuses to me for what he did. In my conversations with Bryan, he has owned his actions and taken responsibility. His remorse is genuine. I believe he is truly sorry for what he did and is ready to make amends.

Bryan is prepared to take complete responsibility for his wrongdoing and complete whatever sentence you deem appropriate. With that said, I urge to you to be lenient. Bryan is first and foremost a family man, dedicated to his wife and children. A harsh punishment will be a punishment not for just Bryan, but for his entire family as well. They do not deserve that.

Accordingly, I respectfully request that you consider the needs of Bryan's family and all of the positive qualities in Bryan that I have attempted to convey here and impose the most lenient permissible sentence in this case.

With respect and gratitude,

Judd Apatow



September 18, 2013

Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:          <u>United States v. Bryan Zuriff</u>
              13 Crim. 268 (JMF)

Dear Judge Furman:

My name is Steven H. Kram and I am the Chief Executive Officer and founder of
Content Partners LLC, a company that organizes and manages the acquisition of
feature film and television royalties. We founded the company in 2006 and to
date we have purchased in excess of $500 million of film and television royalties.
I am a lawyer by training, a New Yorker by birth, and am admitted to the NYS Bar
along with Federal District Court of SDNY.

Previous to founding Content Partners, I spent 20 years at the William Morris
Agency, most recently as the Chief Operating Officer, overseeing the film,
television, music, new media, commercials, live performances, human resources,
and corporate departments with over 800 employees worldwide.

I am submitting this letter on behalf and in support of Bryan Zuriff and I hope you
will consider this in your sentencing. I first met Bryan shortly after the formation
of Content Partners in 2006 through an introduction from one of our Board
Members. I found him to be personable, engaging and eager to learn about the
entertainment business. He shared my passion for the business we were
creating and we offered him a consulting position. We provided him with an
office, phones, expenses and he helped us with our Hollywood marketing
outreach program to educate the community about our new and different
business. His compensation was dependant on the deals he brought in.
During our association he acted in a very diligent, professional manner, and he
had a very positive impact launching and marketing our new business. In fact, he
introduced us our first transaction, helping us prove to the entertainment
community our novel approach. During his time with our company we would

10877 Wilshire Blvd., Ste. 603, Los Angeles, CA 90024
310/208-7300 phone     310/208-7426 fax
www.contentllc.com



have long philosophical discussions about the entertainment business,
the different business models and the various opportunities. He was keen to
learn as much as he could about the business of entertainment and media.

As such, he was instrumental in our early success and we have maintained a
positive relationship since that time. I have met his wife and wonderful family
many times since then and know him as a responsible caring family man and as
honest and forthright in his dealing with me and with our company.

Ultimately, Byran developed a passion for the creative side of the business,
leaving Content Partners to become a creative producer in 2007. We have kept
in touch periodically since then, sharing information, kicking around ideas, and
strategizing on how to realize opportunities. In my dealings and relationship with
Bryan, I have found him to be very conscientious, of high moral character and
responsible.

He has candidly discussed his wrongdoings with me on several occasions. As
you know he is extremely remorseful. He has been upfront with me about what
he did, how wrong it was, and how horribly it has impacted his family. I believe
that his behavior in this incident was inconsistent with my dealings with him. I
believe he has learned from this ordeal and I hope that incarceration for his
deeds would be unnecessary. He recognizes what terrible choices he has made.
He is paying a terrible price considering the emotional trauma to his family as
well as the negative impact to his reputation in the Hollywood community, which
he worked so hard to build. I know him and know he will make all efforts to
redeem himself and he should be considered a valuable member of this small
community.

Your Honor, I would urge you to consider my thoughts and opinions in granting
probation for Mr. Zuriff.

Thank you for your time and consideration.

Respectfully Submitted,

Steven H. Kram

10877 Wilshire Blvd., Ste. 603, Los Angeles, CA 90024
310/208-7300 phone    310/208-7426 fax
www.contentllc.com